### WHITE OAK CORPORATION v. DEPARTMENT OF REVENUE SERVICES

The defendant's petition for certification for appeal from the Appellate Court, 2 Conn. App. 165, is granted.

*Joseph I. Lieberman,* attorney general, and *Ralph G. Murphy, Richard K. Greenberg* and *Robert L. Klein,* assistant attorneys general, in support of the petition.

*David J. Heinlein,* in opposition.

Decided July 26, 1984

### ALEXANDER AIELLO ET AL. v. HERMAN AUSTRIAN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 2 Conn. App. 465, is denied.

*Serge G. Mihaly,* in support of the petition.

*Daniel Green,* in opposition.

Decided September 26, 1984

### BENJAMIN BRICKLIN ET AL. v. STENGOL CORPORATION ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 1 Conn. App. 656, is denied.

*Peter A. Kelly,* in support of the petition.

*Milton L. Jacobson,* in opposition.

Decided September 26, 1984